CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 6 2005

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRIAN LEE HIGGS, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05cv00721 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| ROCKINGHAM COUNTY JAIL, et al., | ) | |
| Defendants. | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1). This case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 6th day of December, 2005

_____
UNITED STATES DISTRICT JUDGE